# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NERIS MONTILLA, et al.,
    Plaintiffs,

v.                                              C.A. No. 18-632 WES

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al ,
    Defendants.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Memorandum and Order entered on May 26th, 2020 by this Court.

                                                                 Enter:

                                                                 /s/ Ryan H. Jackson

                                                                 Deputy Clerk

Dated: June 9th, 2020